115 A.3d 876

Elmer DAVENPORT, Petitioner

v.

COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Respondent.

No. 33 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**